Zippo Manufacturing Company v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-15599

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/1102279334 | 1916 Store |
| 2 | aliexpress.com/store/1102527651 | China Dragon Store |
| 3 | aliexpress.com/store/1101721815 | DCMY Lighter Store |
| 4 | aliexpress.com/store/1101762375 | FOUND ME Store |
| 5 | aliexpress.com/store/1101273792 | Funny Lighter Store |
| 6 | aliexpress.com/store/1101284863 | HoneyHome Store |
| 7 | aliexpress.com/store/1101669200 | Magical Lighter Store |
| 8 | aliexpress.com/store/1102302578 | People friendly price lighter wholesale Store |
| 9 | aliexpress.com/store/1101784606 | Qingy003 Store |
| 10 | aliexpress.com/store/1101725254 | Reliable Lighter Store |
| 11 | aliexpress.com/store/1102406854 | Seoul Lighter Store Store |
| 12 | aliexpress.com/store/1102149195 | Shop1102141327 Store |
| 13 | aliexpress.com/store/1102303175 | Shop1102297190 Store |
| 14 | aliexpress.com/store/1102454254 | Shop1102461243 Store |
| 15 | aliexpress.com/store/1102481243 | Shop1102481242 Store |
| 16 | aliexpress.com/store/1101780101 | Siyu 21 Store |
| 17 | aliexpress.com/store/1101801039 | TH05 Store |
| 18 | aliexpress.com/store/1102048742 | Tigers are strong Store |
| 19 | aliexpress.com/store/1102667092 | Youlike 2023 Store |
| 20 | aliexpress.com/store/1102010320 | YUNNE UNDER YOUR EYES Dropship Store |
| 21 | amazon.com/sp?seller=A3JR8EH7BWO1W8 | A3JR8EH7BWO1W8 |
| 22 | amazon.com/sp?seller=AJP5KVM4BVLPX | Brassmaster |
| 23 | amazon.com/sp?seller=A2WB8URN9GER0E | GADATOP |
| 24 | DISMISSED | DISMISSED |
| 25 | amazon.com/sp?seller=A3S1IBX4KIOGZG | Loiooiu |
| 26 | amazon.com/sp?seller=A10IJ9OODUDL7E | LOSPECHl1978 |
| 27 | amazon.com/sp?seller=AV5VQKME0HHQC | MONOCARBON |
| 28 | amazon.com/sp?seller=A2SXX6MRGZO6R6 | MyGxR. |
| 29 | amazon.com/sp?seller=A309LWCMFH6HU5 | Old river |
| 30 | amazon.com/sp?seller=A3HRRCNER0XSPJ | supanpan |
| 31 | amazon.com/sp?seller=AN3HTRYTC3US0 | TIKIUKI |
| 32 | amazon.com/sp?seller=A1F6TE3RTU6GEM | XinMaoyi |
| 33 | amazon.com/sp?seller=AGO2P3NB98QP | Xuchangyun Department Store Firm |
| 34 | amazon.com/sp?seller=A3A9HXMWECJ41U | Yantai zhedou dianzishangwu Ltd |

| 35 | amazon.com/sp?seller=A3U0SRY5NKZMVX | YCSKR |
|---|---|---|
| 36 | amazon.com/sp?seller=A1ICVH4B7TB2J3 | YongKangShop |
| 37 | dhgate.com/store/21819219 | bmiv Store |
| 38 | dhgate.com/store/21818340 | cmlk Store |
| 39 | dhgate.com/store/21819826 | cvdd Store |
| 40 | dhgate.com/store/21818558 | dcvu Store |
| 41 | dhgate.com/store/21800701 | debf Store |
| 42 | dhgate.com/store/20923825 | ecdtool88 Store |
| 43 | dhgate.com/store/21751091 | fzcte2 Store |
| 44 | dhgate.com/store/21750767 | fzctf8 Store |
| 45 | dhgate.com/store/21800594 | grab Store |
| 46 | dhgate.com/store/21818390 | j5ci Store |
| 47 | dhgate.com/store/21819095 | jwhw Store |
| 48 | dhgate.com/store/21819809 | mham Store |
| 49 | dhgate.com/store/21819220 | mkp1 Store |
| 50 | dhgate.com/store/21819122 | mygm Store |
| 51 | dhgate.com/store/20367721 | outdoorgift Store |
| 52 | dhgate.com/store/21211214 | selleryy Store |
| 53 | dhgate.com/store/21818367 | sfr8 Store |
| 54 | dhgate.com/store/14278055 | titaniumcompany Store |
| 55 | dhgate.com/store/21818594 | wjfg Store |
| 56 | dhgate.com/store/21800551 | wmja Store |
| 57 | dhgate.com/store/21818534 | ymm1 Store |
| 58 | dhgate.com/store/21819261 | ytzx Store |
| 59 | dhgate.com/store/21085640 | ywjhds Store |
| 60 | dhgate.com/store/21800689 | zbgz Store |
| 61 | dhgate.com/store/21819834 | zpaq Store |